# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

## 1:18-cv-02708-WMR
## Shaw et al v. Boaz et al
## Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 06/05/2019.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:25 A.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT:
Jessica Holland representing Resurgens, P. C.
Jessica Holland representing Ali Mortazavi
Daniel Huff representing South Forsyth Family Medicine and Pediatrics, LLC
Daniel Huff representing David S. Boaz
David Mackenzie representing South Forsyth Family Medicine and Pediatrics, LLC
David Mackenzie representing David S. Boaz
Lawrence Schlachter representing Daniel Shaw
Lawrence Schlachter representing Kimberley Shaw
James Summerville representing Daniel Shaw
James Summerville representing Kimberley Shaw
Paul Weathington representing Resurgens, P. C.
Paul Weathington representing Ali Mortazavi
James Wilson representing Daniel Shaw

| | |
|---|---|
| OTHER(S) PRESENT: | James Wilson representing Kimberley Shaw<br>Daniel Shaw, Kimberley Shaw, Dr. David S. Boaz, Dr. Ali Mortazavi |
| PROCEEDING CATEGORY: | Jury Trial Began; Jury Trial Continued |
| MOTIONS RULED ON: | [51]Motion to Exclude DENIED |
| MINUTE TEXT: | Parties argued the Motion to Exclude Plaintiffs' Expert Michael Levy, MD. The Court will not exclude Dr. Levy and finds no rules violation. Defendants then moved to continue trial considering Dr. Levy changed his diagnosis from possible to probable. Defendants argued the timing is prejudicial and they need to further depose Dr. Levy since he has now examined Mr. Shaw and Defendants may also want their expert witness to examine Mr. Shaw. Plaintiffs did not consent to a continuance. After a 20-minute recess, the Court ruled it will continue the trial until **9:00 AM on Monday, October 7, 2019**. The Court will resolve the pending motions in limine outside of court. |
| TRIAL STATUS: | Evidence Entered, continued |